# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**RANDY BRICKHAUS**                                                                             **PLAINTIFF**

V.                             Case No. 3:08-cv-00074-BD

**MICHAEL J. ASTRUE, Commissioner**
**Social Security Administration**                                                              **DEFENDANT**

## JUDGMENT

In accordance with the Memorandum Opinion and Order entered in this case, Judgment is hereby rendered in favor of Michael J. Astrue, Commissioner, Social Security Administration, and against Plaintiff Randy Brickhaus.

IT IS SO ORDERED this 21st day of September, 2009.

_____
UNITED STATES MAGISTRATE JUDGE